# IN THE UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:15-cv-243 (MPS) |
| ) | |
| DIANE M. GARRITY, PAUL G. ) | |
| GARRITY, JR., AND PAUL M. ) | |
| STERCZALA, as fiduciaries of ) | |
| the Estate of Paul G. Garrity, Sr., ) | |
| deceased, ) | |
| ) | |
| Defendants. ) | July 11, 2018 |
| _____ ) | |

## DEFENDANTS' MOTION TO ALTER AND REDUCE JUDGMENT

Pursuant to Rule 59(e) of the Federal Rules of Civil Procedure, and pursuant to the stipulation of the parties (Doc. 154), Defendants Diane M. Garrity, Paul G. Garrity, Jr., and Paul M. Sterczala, as fiduciaries of the Estate of Paul G. Garrity, Sr., move to alter and reduce the June 13, 2018 judgment (Doc. No. 181) entered by the Court on the jury's verdict (Doc. No. 179).

For the reasons set forth in the accompanying Memorandum of Law, which is incorporated by reference, Defendants request that the judgment of a civil penalty be reduced from $936,691 to $100,000, consistent with the governing regulations and case law. At the very least, as also described in the Memorandum of Law, the Court should reduce the judgment of a civil penalty to an amount that is proportional to the harm caused by the failure to file the FBAR, as required under the Eighth Amendment to the United States Constitution.

WHEREFORE, the Court should grant this motion and alter and reduce the judgment.

**ORAL ARGUMENT REQUESTED**

|  |  |  |
|---|---|---|
|  |  | DEFENDANTS |
|  |  | DIANE M. GARRITY,<br>PAUL G. GARRITY, JR., and<br>PAUL M. STERCZALA, as fiduciaries of<br>the Estate of Paul G. Garrity, Sr., deceased |
| Dated: July 11, 2018 | By: | */s/ Jeffrey R. Babbin*<br>Jeffrey R. Babbin (ct10859)<br>Michael Menapace (ct26610)<br>Wiggin and Dana LLP<br>One Century Tower<br>P.O. Box 1832<br>New Haven, CT 06508-1832<br>T: (203) 498-4400<br>F: (203) 782-2889<br>E: jbabbin@wiggin.com |
|  |  | Randall P. Andreozzi (phv07423)<br>Heather L. Marello (phv09364)<br>Andreozzi Bluestein LLP<br>9145 Main Street<br>Clarence, NY 14031<br>T: (716) 565-1100<br>F: (716) 565-1920<br>E: rpa@andreozzibluestein.com |

2

**CERTIFICATE OF SERVICE**

    I hereby certify that on this 11th day of July, 2018, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                                          */s/ Jeffrey R. Babbin*
                                                          Jeffrey R. Babbin

19693\2\4823-7368-6893.v1