**IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:15-cv-243 (MPS) |
| ) | |
| DIANE M. GARRITY, PAUL G. ) | |
| GARRITY, JR., AND PAUL M. ) | |
| STERCZALA, as fiduciaries of ) | |
| the Estate of Paul G. Garrity, Sr., ) | |
| deceased, ) | |
| ) | |
| Defendants. ) | April 25, 2019 |
| _____) | |

## NOTICE OF APPEAL

The defendants Diane M. Garrity, Paul G. Garrity, Jr., and Paul M. Sterczala, as fiduciaries of the Estate of Paul G. Garrity, Sr., hereby give notice and appeal to the United States Court of Appeals for the Second Circuit from the Amended Judgment filed and entered on March 5, 2019 (Doc. 211), the Order filed and entered on February 28, 2019 (Doc. 210) granting the plaintiff USA's motion to alter judgment and denying the defendants' motion to alter and reduce judgment, the earlier Judgment filed and entered on June 13, 2018 (Doc. 181) in accordance with the jury's verdict of June 13, 2018 (Doc. 179), and all other opinions, orders, and rulings subsumed therein or made prior thereto.

DEFENDANTS

DIANE M. GARRITY,
PAUL G. GARRITY, JR., and
PAUL M. STERCZALA, as fiduciaries of
the Estate of Paul G. Garrity, Sr., deceased

Dated: April 25, 2019   By:   */s/ Jeffrey R. Babbin*
Jeffrey R. Babbin (ct10859)
Michael Menapace (ct26610)
Wiggin and Dana LLP
One Century Tower
P.O. Box 1832
New Haven, CT 06508-1832
T: (203) 498-4400
F: (203) 782-2889
E: jbabbin@wiggin.com

Randall P. Andreozzi (phv07423)
Heather L. Marello (phv09364)
Andreozzi Bluestein LLP
9145 Main Street
Clarence, NY 14031
T: (716) 565-1100
F: (716) 565-1920
E: rpa@andreozzibluestein.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of April, 2019, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

*/s/ Jeffrey R. Babbin*
Jeffrey R. Babbin

19693\2\4837-4596-9300.v1