# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of December, two thousand and nineteen,

United States of America,

    Plaintiff-Appellee,

v.

Diane M. Garrity, as fiduciary of the estate of Paul G. Garrity, Sr., deceased, Paul G. Garrity, as fiuciary of the estate of Paul G. Garrity, Sr., deceased, Paul M. Sterczala, as fiduciary of the estate of Paul G. Garrity, Sr., deceased,

    Defendants-Appellants.

**ORDER**
Docket No. 19-1145

The parties in the above-referenced case have filed a stipulation withdrawing this appeal pursuant to Local Rule 42.1.

The stipulation is hereby "So Ordered".

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 12/02/2019