IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 3:15-cv-243 |
| Plaintiff, ) | |
| ) | Judge Michael P. Shea |
| v. ) | |
| ) | |
| DIANE M. GARRITY, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF SATISFACTION OF JUDGMENT**

The Amended Judgment entered in this action against Defendants Diane M. Garrity, Paul G. Garrity, Jr., and Paul M. Sterczala, as fiduciaries of the estate of Paul G. Garrity, Sr., on March 5, 2019 [Docket No. 211], having been satisfied, the Clerk of the United States District Court for the District of Connecticut is hereby authorized to enter the satisfaction of said Judgment.

Dated:  December 9, 2019

                                                        RICHARD E. ZUCKERMAN
                                                        Principal Deputy Assistant Attorney General
                                                        Tax Division, U.S. Department of Justice

                                                        */s/ Philip L. Bednar*
                                                        PHILIP L. BEDNAR
                                                        Trial Attorney, Tax Division
                                                        U.S. Department of Justice
                                                        P.O. Box 55, Ben Franklin Station
                                                        Washington, D.C. 20044
                                                        (202) 307-6415
                                                        (202) 514-5238 (fax)
                                                        Philip.L.Bednar@usdoj.gov

Local Counsel:

JOHN H. DURHAM
United States Attorney

## CERTIFICATE OF SERVICE

I certify that on December 9, 2019, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will provide notice of the filing to all registered participants.

*/s/ Philip L. Bednar*
PHILIP L. BEDNAR
Trial Attorney, Tax Division
U.S. Department of Justice
